LEGGE ET AL., APPELLEES, *v.* NATIONWIDE MUTUAL INSURANCE COMPANY, APPELLANT.

[Cite as *Legge v. Nationwide Mut. Ins. Co.* (1996), 76 Ohio St.3d 228.]

(No. 95–2276—Submitted July 10, 1996—Decided August 7, 1996.)

*Crabbe, Brown, Jones, Potts & Schmidt, Michael R. Henry* and *Kristen H. Smith,* for appellant.

The judgment of the court of appeals is affirmed on the authority of *Cole v. Holland* (1996), 76 Ohio St.3d 220, 667 N.E.2d 353.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., and COOK, J., dissent.

STRATTON, J., not participating.